LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>SHERYL D. DANFORD,<br><br>                Defendant | No. CV A 12- 1707<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sheryl D. Danford, in the principal amount of $2,836.76 plus interest accrued to February 1, 2012, in the sum of $5,611.97; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$8,448.73**.

DATED: 3/22/2012         By:    Terry Nafisi
                                                Clerk of the Court

                                                A. Martinez
                                                Deputy Clerk
                               United States District Court